# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. |
| MATTHEW HOSTETLER | ) | 1:21-mj-350-DML |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  unknown, but between 1/2/2021 and 3/25/2021  in the county of  Decatur  in the
 Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/ Jeffrey Robertson
*Complainant's signature*

Jeffrey Robertson, SA/FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
 telephonic communication  *(reliable electronic means)*

Date: 4/16/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

City and state:  Indianapolis, IN

## AFFIDAVIT IN SUPPORT OF APPLICATION

Jeffrey C. Robertson, being duly sworn under oath, states as follows:

### TRAINING AND EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been employed as a Special Agent of the FBI since February 2013, and am currently assigned to the Indianapolis Division, Muncie Resident Agency. My specific assignment is to the Indianapolis Metropolitan Safe Streets Gang Task Force (SSGTF) operating out of the Muncie Resident Agency. While employed by the FBI, I have investigated various federal criminal violations related to production and distribution of child pornography, human trafficking, violent crimes, gangs, and criminal enterprises. Your Affiant has investigated crimes involving crimes against children, sex trafficking, assaults, thefts, robberies, firearms and various other offenses which have resulted in arrests and convictions.

3. While employed by the FBI, I have received training and experience in online undercover investigations, interviewing and interrogation techniques, arrest procedures, search and seizure, conspiracy investigations, drug investigations, firearm investigations, crimes against child investigations, sex trafficking investigations, search warrant applications, criminal complaint applications and various other investigative matters.

### PURPOSE OF THE AFFIDAVIT

4. This affidavit is submitted in support of the applications for a warrant for the arrest

of Matthew Hostetler for one count of 18 U.S.C.§2251(a), Sexual Exploitation of a Minor.

5. The statements in this affidavit are based in part on information provided by other law enforcement officers and my own observations. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant.

## BASIS OF INFORMATION

6. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by members of the FBI, or other law enforcement agents or officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, information resulting from physical surveillance, except where otherwise indicated, does not necessarily set forth my observation, but rather has been provided directly or indirectly through other FBI Special Agents, Greensburg Indiana Police Department Officers, or other law enforcement officers who conducted investigative activities. Likewise, any information pertaining to vehicles and/or registrations, personal data on subjects, and record checks has been obtained through the Indiana Data and Communications System ("IDACS") or the National Crime Information Center ("NCIC") computers.

## FACTS ESTABLISHING PROBABLE CAUSE

7. For the reasons listed below, there is probable cause to believe that **MATTHEW HOSTETLER** has sexually exploited and attempted to sexually exploit a child, in violation of 18 U.S.C. § 2251(a).

8. **Sexual Exploitation of a Minor**: This investigation concerns alleged violations of **18 U.S.C. § 2251(a),** which generally prohibits any person to employ, use, induce, entice or coerce

any minor to engage in, or have a minor assist any other person to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer. It is also a crime to attempt to violate this section. **18 U.S.C. § 2251(e).**

9. **Definitions**: The following definitions apply to this Affidavit and its Attachments:

    a. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

    b. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

    c. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

    d. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage

    facility or communications facility directly related to or operating in conjunction with such device.

  e. "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

  f. "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

 10. **Computers and child pornography**: Computers and computer technology have revolutionized the way in which individuals interested in child pornography interact with each other. Child pornography formerly was produced using cameras and film (either still photography or movies). The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. There were definable costs involved with the production of pornographic images. To distribute these on any scale required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contacts, mailings and telephone calls.

 11. The development of computers has changed this. Computers now serve multiple

functions in connection with child pornography: production, communication, social networking, researching of criminal trade craft, distribution, and storage.

12. Child pornographers can transfer photographs from a camera onto a computer-readable format with a device known as a scanner. With digital cameras the images can be transferred directly onto a computer. A computer can connect to another computer through the use of telephone, cable, or wireless connections. Electronic contact can be made to literally millions of computers around the world.

13. The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store thousands of images at very high resolution.

14. The Internet and its World Wide Web afford collectors of child pornography several different venues for obtaining, viewing and trading child pornography in a relatively secure and anonymous fashion.

15. As is the case with most digital technology, communications by way of computer can be saved or stored on the computer used for these purposes. Storing this information can be intentional, i.e., by saving an e-mail as a file on the computer or saving the location of one's favorite websites in, for example, "bookmarked" files. Digital information can also be retained unintentionally, e.g., traces of the path of an electronic communication may be automatically stored in many places (e.g., temporary files or ISP client software, among others). In addition to electronic communications, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used. A forensic examiner often can recover evidence suggesting whether a computer contains peer to peer software, when the

computer was sharing files, and some of the files which were uploaded or downloaded. Such information is often maintained indefinitely until overwritten by other data.

## BACKGROUND OF THE INVESTIGATION

16.     Beginning on or about January 16, 2020, an online undercover law enforcement officer (OCE) with the Winnebago County Sheriff's Department began a proactive undercover investigation utilizing Kik messenger posing as a 34-year-old female from Wisconsin. The OCE entered multiple public groups which appeared to be created for individuals interested in child sexual abuse material. One of which was called "Young H/urt". From this group, the OCE was added to multiple other private groups within Kik that had members openly engaging in the distribution of child sexual abuse material.

17.     One of these groups was named "Tweens" and in that group the user "WARRIORHEART1997" was a member. "Tweens" was a chat group which has been established as a child sexual abuse material sharing group on Kik Messenger. Over the course of time spent within this group multiple images and videos of child sexual abuse material have been shared with members of the group.

18.     Within this group, WARRIORHEART1997 would have had access to multiple images and videos of child sexual abuse material as a member of the group. WARRIORHEART1997 has also sent child sexual abuse material in this group as detailed below.

19.     On March 25, 2021, WARRIORHEART1997 sent a video that depicts what appears to be a nude prepubescent female approximately 8 to 10 years old undressing. The prepubescent female's vagina is exposed. The prepubescent female then turns around, bends over, and exposes her anus and vagina to the camera. She then begins to touch her vagina and zoom in on it.

20.     WARRIORHEART1997 sent an image of a prepubescent female approximately 9 to 12 years old lying on her back spreading open her vagina with her fingers. The image appeared to have originated from Snapchat. WARRIORHEART1997 went on to say "she is my Goldmine", "11 years old", "lots of patience and being good to her", "people really need to stop asking me for her snap though. I am not having her disappear because some idiot spooks her like a damn deer. Just be grateful I share what I get. Come on guys."

21.     WARRIORHEART1997 then sent an image of what appeared to be the same girl this time wearing an orange top and black shorts looking at the camera. WARRIORHEART1997then sent another image of the same girl, this time the prepubescent female is nude standing in what appears to be a bathroom. The prepubescent female is facing away from the camera and only her buttocks is exposed.

22.     WARRIORHEART1997 sent another image of what appeared to be the same prepubescent female this time wearing both top and bottom standing in front of what appears to be a shower. The user then sent another image which depicted a close up of a prepubescent female's vagina being spread open by two fingers.

23.      Another user in the group asked if WARRIORHEART1997 had ever met the prepubescent female to which WARRIORHEART1997 replied "no. Too far away and I can't drive". WARRIORHEART1997 then goes on to say, "we play together on video chat sometimes", "an app called anonychat it was pure luck. There is barely any girls on it. Finding her was unbelievable." WARRIORHEART1997 then stated, "it took me two months to get to this point with her", "you gotta be patient and kind and sweet."

24.     WARRIORHEART1997 then sent another image depicting the same prepubescent female again appearing to originate from Snapchat. This image depicts the prepubescent female

nude facing away from the camera with her anus and vagina exposed. WARRIORHEART1997 commented on this image immediately stating, "this is the reward for taking your time and building trust". WARRIORHEART1997 explained "she's in love with me. She literally jumps to do what I ask". WARRIORHEART1997 sent a screen capture of a Snapchat correspondence between WARRIORHEART1997 and another user; however, the names had been redacted. Within the Snapchat conversation one of the users states "so baby could you send a vid pulling down your pants showing your ass? Horny me. lol". WARRIORHEART1997 then states "like I said. She's my Goldmine". When asked, WARRIORHEART1997 informed the group that the correspondence has been taking place on Snapchat.

25. The OCE engaged WARRIORHEART1997 in a one-on-one conversation and obtained WARRIORHEART1997's Snapchat profile, which is matt_hostetle21 with a display name of Matt Hostetler. The OCE also received a selfie-style photo of MATTHEW HOSTETLER. Your Affiant reviewed both the Indiana Department of Motor Vehicles photograph of HOSTETLER as well as the selfie-style photo sent by HOSTETLER to the OCE. I agree and believe that the photographs depict the same person, HOSTETLER.

26. On March 25, 2021, pursuant to an emergency disclosure request, Kik Messenger provided the following information for user WARRIORHEART1997:

    a. First Name: Senshi

    b. Last Name: Raitoningu

    c. Email: shostetler1997@gmail.com (unconfirmed)

    d. Account Creation Date and Time: 2021/02/21 05:01:26

27. Kik Messenger provided several Internet Protocol (IP) addresses which showed that WARRIORHEART1997 was utilizing Verizon Wireless issued IP addresses. However, Verizon

Wireless was unable to identify the specific user of these IP addresses.

28. A search of Thomson Reuters Clear information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) was conducted for Matt Hostetler. These public records indicated that Matthew J Hostetler, date of birth (DOB) March 22, 1997, with a current address of 608 North Lincoln Street, Apartment 3, Greensburg, Indiana, 47240, and a cellular telephone number of (812) 363-2878. A search of the records associated with telephone number (812) 363-2878 revealed that the number is a Verizon Wireless assigned cellular telephone number.

29. On March 29, 2021, Greensburg Indiana Police Department Detective (Det.) Steve Barnes contacted Patricia Baker, the property manager for 608 North Lincoln Street, Apartment 3, Greensburg, Indiana. Baker provided investigators with a copy of the lease agreement which shows MATTHEW HOSTETLER is the current lessor of the SUBJECT RESIDENCE.

30. Baker stated that HOSTETLER is the only person on the lease and that approximately a week ago, HOSTETLER spoke with Baker to inquire about a "female co-worker" being allowed to live with HOSTETLER at the SUBJECT RESIDENCE. Baker stated that HOSTETLER works for MPW which is a cleaning contractor for the Honda Motor Vehicle Plant.

31. On April 16, 2021, search warrants were executed and I interviewed HOSTETLER. HOSTETLER admitted to being WARRIORHEART1997. HOSTETLER further admitted to meeting the above minor victim who he knows as "Lola" online. HOSTETLER identified "Lola" from one of the images described above. He admitted that "Lola" told him that she was 11 years old and lived in Oklahoma. HOSTETLER further stated that he spent about two weeks talking to "Lola" before he was able to get her to create the above described images and send them to him.

32. I reviewed HOSTETER's phone, and I found copies of many if not all of the above

described images, and more, of "Lola." Greensburg is in the Southern District of Indiana, therefore these images traveled in interstate commerce.

## REQUEST TO SEAL AND ORDER OF NON-DISCLOSURE

33. Because the Investigation is ongoing, I would request the Court to seal the Application for Search Warrant, the Search Warrant, and supporting Affidavit in this matter.

I swear under penalty of perjury that the foregoing is true.

*s/ Jeffrey Robertson*
Jeffrey Robertson
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephonic communication (*reliable electronic means*).

4/16/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana